Amy A. Robinson, ABA No. 1205025
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Ste. 300
Seattle, WA 98121
Telephone: 206.624.8300
Fax: 206.340.9599
Email: amy.robinson@millernash.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SANDRA PESCHANG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRED MEYER STORES, INC.,<br><br>　　　　　　Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO: The Honorable Judges of the United States District Court
　　for the District of Alaska

　　　　Defendant Fred Meyer Stores, Inc., by and through its attorneys, Miller Nash LLP, respectfully state as follows:

　　　　1.　　Defendant hereby exercises its right under 28 U.S.C. § 1441 to remove this action from the Superior Court for the State of Alaska, Third Judicial District, in which the case is now pending as *Sandra Peschang v. Fred Meyer Stores, Inc.,* in Palmer, Alaska, Case No. 3PA-21-01677CI. This is a civil action in which plaintiff Sandra Peschang alleges various common law tort and

contract claims against her former employer, Fred Meyer Stores, Inc. Although plaintiff does not specify the total sum plaintiff seeks in damages, plaintiff seeks lost wages (both back pay and front pay), general damages (e.g., emotional distress), and attorney fees and costs, as well as other items of damages. Complaint at ¶¶ 68, 73, 78. When the plaintiff does not demand a specific amount of damages, a preponderance of the evidence standard applies in determining whether the amount in controversy is met. *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 701 (9th Cir. 2007). In measuring the amount in controversy, a court "must assume that the allegations of the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint." *Campbell v. Vitran Express, Inc.*, 471 F. App'x 646, 648 (9th Cir. 2012) (citation omitted). It is clear that the amount in controversy in this case exceeds $75,000.

2. Defendant first became aware of plaintiff's complaint on or after July 1, 2021, when CSC Corporation accepted service of the Summons and Complaint on behalf of defendant Fred Meyer Stores, Inc.

3. Plaintiff is a resident of the state of Alaska. Complaint at ¶ 11.

4. Defendant Fred Meyer Stores, Inc., is an Ohio corporation with its principal place of business in Ohio. 28 U.S.C. §1332(c)(l).

5. This court has jurisdiction because of diversity of citizenship with a claim for damages that exceeds $75,000. 28 U.S.C. § 1332(a). Therefore,

MILLER NASH LP
ATTORNEYS AT LAW
PIER 70
2801 ALASKAN WAY, STE 300, SEATTLE, WA 98121
TELEPHONE: 206.624.8300

this action may be removed to this Court pursuant to 28 U.S.C. § 1441. Defendant, by exercising its right to remove this action, does not waive any of its objections or defenses.

6. In accordance with the requirements of 28 U.S.C. § 1446, this notice of removal is filed within 30 days of receipt of the complaint by defendant Fred Meyer Stores, Inc.

7. Attached hereto as Exhibit A are true and correct copies of the Summons and Complaint. These are the only pleadings received to date by defendant. Defendant will file a verified copy of all additional state court pleadings, if any, within 14 business days, if ordered by the Court.

8. Venue is proper in this district pursuant to 28 U.S.C. §1391 because plaintiff's claims allegedly arose in Wasilla, Alaska.

9. Written notice of the filing of this Notice of Removal will be promptly served upon plaintiff and filed with the clerk of court for the Superior Court for the State of Alaska, Third Judicial District.

WHEREFORE, defendant requests that the above-entitled action be removed from the Superior Court of Alaska, Third Judicial District, to the United States District Court for the District of Alaska.

MILLER NASH LP
ATTORNEYS AT LAW
PIER 70
2801 ALASKAN WAY, STE 300, SEATTLE, WA 98121
TELEPHONE: 206.624.8300

DATED July 21, 2021.

/s/ *Amy A. Robinson*
Amy A. Robinson, ABA No. 1205025
Susan K. Stahlfeld, WSBA No. 22003
*Pro Hac Vice* Application Pending
Lane Conrad, AZBA No. 034930
*Pro Hac Vice* Application Pending
MILLER NASH LLP
Pier 70
2801 Alaskan Way, Ste. 300
Seattle, WA 98121
Telephone: 206.624.8300
Fax: 206.340.9599
Email: amy.robinson@millernash.com
Email: susan.stahlfeld@millernash.com
Email: lane.conrad@millernash.com

Attorneys for Defendant Fred Meyer Stores, Inc.

MILLER NASH LP
ATTORNEYS AT LAW
PIER 70
2801 ALASKAN WAY, STE 300, SEATTLE, WA 98121
TELEPHONE: 206.624.8300

NOTICE OF REMOVAL
Case No.
Page 4 of 5

Case 3:21-cv-00171-JMK   Document 1   Filed 07/21/21   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, I electronically filed the foregoing document, Notice of Removal, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James J. Davis, Jr., AK Bar No. 9412140<br>Goriune Dudukgian, AK Bar No. 0506051<br>NORTHERN JUSTICE PROJECT, LLC<br>406 G Street, Suite 207<br>Anchorage, AK 99501<br>(907) 308-3395 (telephone)<br>(866) 813-8645 (fax)<br>Email: jdavis@njp-law.com<br>Email: gdudukgian@njp-law.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By ABC Messenger<br>☒ By Electronic Mail<br>☐ By E-service |

Attorneys for Plaintiff

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Seattle, Washington, this 21st day of July, 2021.

/s/ Gaye Johnson
Gaye Johnson, Legal Assistant
gaye.johnson@millernash.com

4833-4926-1553.1

MILLER NASH LP
ATTORNEYS AT LAW
PIER 70
2801 ALASKAN WAY, STE 300, SEATTLE, WA 98121
TELEPHONE: 206.624.8300

NOTICE OF REMOVAL
Case No.
Page 5 of 5

Case 3:21-cv-00171-JMK   Document 1   Filed 07/21/21   Page 5 of 5