Susan K. Stahlfeld, WSBA No. 22003
Admitted Pro Hac Vice
Lane Conrad, AZBA No. 034930
Admitted Pro Hac Vice
MILLER NASH LLP
2801 Alaskan Way, Ste 300
Seattle, WA 98121
Telephone: 206.624.8300
Fax: 206.340.9599
Email: susan.stahlfeld@millernash.com
Email: lane.conrad@millernash.com

Attorneys for Defendant

Honorable Joshua M. Kindred

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

SANDRA PESCHANG,

    Plaintiff,

v.

FRED MEYER STORES, INC.,

    Defendant.

Case No. 3:21-cv-00171-JMK

**NOTICE REGARDING STATE COURT RECORDS AND PROCEEDINGS**

Pursuant to Order to Petitioner Subsequent to Removal (Doc. 3) and to 28 U.S.C. § 1446(a) and 1447(b) with regard to the filing in federal court of all state court records and proceedings, defendant Fred Meyer Stores, Inc., submits the following.

At the time this action was removed from state court to federal court, copies of the Summons and Notice to Both Parties of Judicial Assignment and

MILLER NASH LLP
ATTORNEYS AT LAW
1029 W THIRD AVE, STE 510
ANCHORAGE, AK 99501
TELEPHONE: 907.206.2290

Complaint were attached as Exhibit A to the Notice of Removal. A notice was filed in the state court as to the fact of removal to federal court.

Defendant through its counsel has requested copies from the superior court clerk of any remaining state documents. The clerk has confirmed that the Notice of Filing of Removal was received but it is not yet in the file (Ex. A). We have paid for copies (Ex. B), and upon receipt of the copies from the clerk, we will supplement this notice with the remaining state court documents.

DATED August 10, 2021.

/s/ *Susan K. Stahlfeld*
Susan K. Stahlfeld, WSBA No. 22003
Admitted Pro Hac Vice
Lane Conrad, AZBA No. 034930
Admitted Pro Hac Vice
MILLER NASH LLP
2801 Alaskan Way, Ste 300
Seattle, WA 98121
Telephone: 206.624.8300
Fax: 206.340.9599
Email: susan.stahlfeld@millernash.com
Email: lane.conrad@millernash.com

Amy A. Robinson, AK Bar No. 1205025
MILLER NASH LLP
1029 W Third Ave, Ste 510
Anchorage, AK 99501
Telephone: 907.206.2290
Fax: 206.340.9599
Email: amy.robinson@millernash.com

Attorneys for Defendant Fred Meyer Stores, Inc.

MILLER NASH LLP
ATTORNEYS AT LAW
1029 W THIRD AVE, STE 510
ANCHORAGE, AK 99501
TELEPHONE: 907.206.2290

NOTICE REGARDING STATE COURT RECORDS AND PROCEEDINGS
Case No. 3:21-cv-00171-JMK
Page 2 of 2

Case 3:21-cv-00171-JMK   Document 13   Filed 08/10/21   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2021, I electronically filed the foregoing document, Notice Regarding State Court Records and Proceedings, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James J. Davis, Jr., AK Bar No. 9412140<br>Goriune Dudukgian, AK Bar No. 0506051<br>NORTHERN JUSTICE PROJECT, LLC<br>406 G Street, Suite 207<br>Anchorage, AK 99501<br>(907) 308-3395 (telephone)<br>(866) 813-8645 (fax)<br>Email: jdavis@njp-law.com<br>       jmeister@alsc-law.org<br>Email: gdudukgian@njp-law.com<br><br>Attorneys for Plaintiff | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By ABC Messenger<br>☒ By Electronic Mail<br>☐ By E-service |

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Seattle, Washington, on August 10, 2021.

*/s/ Gaye Johnson*
Gaye Johnson, Legal Assistant
gaye.johnson@millernash.com

4816-3392-3315.2

MILLER NASH LLP
ATTORNEYS AT LAW
1029 W THIRD AVE, STE 510
ANCHORAGE, AK 99501
TELEPHONE: 907.206.2290