Susan K. Stahlfeld, WSBA No. 22003
Admitted Pro Hac Vice
Lane Conrad, AZBA No. 034930
Admitted Pro Hac Vice
MILLER NASH LLP
2801 Alaskan Way, Ste 300
Seattle, WA 98121
Telephone: 206.624.8300
Fax: 206.340.9599
Email: susan.stahlfeld@millernash.com
Email: lane.conrad@millernash.com

Attorneys for Defendant

Honorable Joshua M. Kindred

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SANDRA PESCHANG,<br><br>    Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00171-JMK |

**SUPPLEMENTAL NOTICE REGARDING
STATE COURT RECORDS AND PROCEEDINGS**

Pursuant to Order to Petitioner Subsequent to Removal (Doc. 3) and to 28 U.S.C. § 1446(a) and 1447(b) with regard to the filing in federal court of all state court records and proceedings, defendant Fred Meyer Stores, Inc., submits the following supplemental notice regarding state court records.

At the time this action was removed from state court to federal court, copies of the Summons and Notice to Both Parties of Judicial Assignment and

Miller Nash LLP
Attorneys at Law
1029 W Third Ave, Ste 510
Anchorage, AK 99501
Telephone: 907.206.2290

Complaint were attached to the Notice of Removal. On July 21, 2021, a notice was filed in the state court as to the fact of removal to federal court. On August 10, 2021, Defendant filed notice with this court as required, but noted that not all documents in the state court file were available at that time (Doc. 13). Those documents are now available.

Attached are the other documents previously filed in state court, with the date of filing, as following:

1. Notice of Change of Judge (Peremptory Challenge); filed June 21, 2021

2. Plaintiff's Notice of Change of Judge; filed June 21, 2021;

3. Notice of Filing Removal, filed July 21, 2021.

DATED August 13, 2021.

*/s/ Susan K. Stahlfeld*
Susan K. Stahlfeld, WSBA No. 22003
Admitted Pro Hac Vice
Lane Conrad, AZBA No. 034930
Admitted Pro Hac Vice
MILLER NASH LLP
2801 Alaskan Way, Ste 300
Seattle, WA 98121
Telephone: 206.624.8300
Fax: 206.340.9599
Email: susan.stahlfeld@millernash.com
lane.conrad@millernash.com

Amy A. Robinson, AK Bar No. 1205025
MILLER NASH LLP
1029 W Third Ave, Ste 510
Anchorage, AK 99501

Telephone: 907.206.2290
Fax: 206.340.9599
Email: amy.robinson@millernash.com

Attorneys for Defendant Fred Meyer Stores, Inc.

MILLER NASH LLP
ATTORNEYS AT LAW
1029 W THIRD AVE, STE 510
ANCHORAGE, AK 99501
TELEPHONE: 907.206.2290

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I electronically filed the foregoing document, Supplemental Notice Regarding State Court Records and Proceedings, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James J. Davis, Jr., AK Bar No. 9412140<br>Goriune Dudukgian, AK Bar No. 0506051<br>NORTHERN JUSTICE PROJECT, LLC<br>406 G Street, Suite 207<br>Anchorage, AK 99501<br>(907) 308-3395 (telephone)<br>(866) 813-8645 (fax)<br>Email: jdavis@njp-law.com<br>　　　　jmeister@alsc-law.org<br>　　　　gdudukgian@njp-law.com | ☐ By U.S. Mail<br>☐ By Federal Express<br>☐ By Facsimile<br>☐ By ABC Messenger<br>☒ By Electronic Mail<br>☐ By E-service |

Attorneys for Plaintiff

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Signed at Seattle, Washington, on August 13, 2021.

/s/ Gaye Johnson
Gaye Johnson, Legal Assistant
gaye.johnson@millernash.com

Miller Nash LLP
Attorneys at Law
1029 W Third Ave, Ste 510
Anchorage, AK 99501
Telephone: 907.206.2290

4847-3932-3382.1

SUPPLEMENTAL NOTICE REGARDING
STATE RECORDS AND PROCEEDINGS
Case No. 3:21-cv-00171-JMK
Page 4 of 4

Case 3:21-cv-00171-JMK   Document 14   Filed 08/13/21   Page 4 of 4